**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2186**

ROSARIO A. FIORANI, JR., a/k/a Ross A. Fiorani, Jr.,

            Plaintiff - Appellant,

      v.

CHRISTOPHER SCOTT JONES,

            Debtor - Appellee,

      and

U.S. TRUSTEE; DAVID R. RUBY,

            Trustees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.  (4:11-cv-00038-RAJ-TEM)

Submitted:  March 25, 2014          Decided:  March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosaria A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order denying relief on his "Memorandum of Law to Reverse Debtor's Discharge on Fraudulent Petition and all Conduct Thereafter." We have reviewed the record and find no reversible error. Accordingly, while we grant Fiorani's motion to proceed in forma pauperis on appeal, we affirm for the reasons stated by the district court. Fiorani v. Jones, No. 4:11-cv-00038-RAJ-TEM (E.D. Va. filed Sept. 3, 2013; entered Sept. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED